IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>FOLKS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. NO. 1-07-CV-3138-JOF<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS

It appearing to the Court that the parties have consented thereto, and for good cause shown including that the parties are currently engaged in settlement negotiations;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the period for Defendant Folks, Inc. to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including February 29, 2008.

SO ORDERED this _____ day of February, 2008.

_____
J. Owen Forrester, Judge

~Doc# 843901.1~

CONSENTED TO:

NELSON MULLINS RILEY &
SCARBOROUGH LLP


      /s/Daniel M. Shea
Daniel M. Shea
Georgia Bar No. 638800
Michelle W. Johnson
Georgia Bar No. 759611

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17TH Street, NW, Suite 1700
Atlanta, Georgia 30363
Telephone: 404-322-6000
Fax: 404-322-6050

Attorneys for Folks, Inc.

      /s/Robert Dawkins
Robert Dawkins
Regional Attorney
Georgia Bar No. 076206
U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303
Telephone: 404-562-6818
Fax: 404-562-6905

Attorney for Equal Employment Opportunity Commission